AP-76,834
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/30/2015 11:58:16 AM
Accepted 4/30/2015 12:19:37 PM
ABEL ACOSTA
CLERK

# Allen C. Isbell

**Attorney at Law**

Board Certified Criminal Law
Board Certified Criminal Appellate Law
College of the State Bar, Member

2016 Main, Suite 110
Houston, Texas 77002
(713) 236-1000
(713)236-1809 Fax

April 30, 2015

FILED IN
COURT OF CRIMINAL APPEALS

April 30, 2015

Clerk,
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

ABEL ACOSTA, CLERK

> **Re:    No(s). AP-76,834; STANLEY GRIFFIN vs. The State of Texas;**
> **Trial Court No(s). 10-05176-CRF-361;**

---

## Change of Address

---

Dear Sir/Madame:

Please accept this letter as a formal request to update the current address on file, which is 202 Travis, Suite 208, Houston, Texas 77002.

**Please forward all future correspondence to 2016 Main, Ste. 110, Houston, Texas 77002.**

I am sending a true and correct copy of this letter to the District Attorney's Office, Appellate Division, and to Mr. Stanley Griffin, appellant.

If you have any questions, please call.

Very truly yours,

*/s/ Allen C. Isbell*
Allen C. Isbell

ACI/mr